[Nos. 22935-1-III; 22936-0-III;    Division Three.    June 16, 2005.]
22937-8-III; 22938-6-III.

*In the Matter of the Dependency of* E.A. ET AL.

THE STATE OF WASHINGTON, *Petitioner,* v. MARIBEL
GOMEZ ET AL., *Respondents.*

Appeals from judgments of the Superior Court for Grant County, Nos. 03-7-00134-6, 03-7-00131-1, 03-7-00132-0, and 03-7-00233-8, Evan E. Sperline, J., entered April 20, 2004. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 23138-1-III.    Division Three.    June 16, 2005.]

MEREDITH CAMPBELL, *Appellant,* v. THE STATE OF WASHINGTON
ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-01113-9, Salvatore F. Cozza, J., entered June 18, 2004. *Affirmed in part,* and *reversed in part* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ. Now published at 129 Wn. App. 10.

[Nos. 53851-9-I; 53855-1-I;    Division One.    June 20, 2005.]
53854-3-I; 53853-5-I;
53852-7-I.

THE STATE OF WASHINGTON, *Respondent,* v. EMMETT J. GRUBE,
*Appellant.*

Appeals from judgments of the Superior Court for Whatcom County, Nos. 03-1-00672-9, 03-1-00001-1, 02-1-00992-4, 02-1-00521-0, and 00-1-00935-9, Michael F. Moynihan, J., entered February 14, 2004. *Reversed* by unpublished per curiam opinion.